FILED
2026 Jun-01  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cr-566-LCB-SGC** |
| | ) | |
| **LORENZO ALFONZO HARRIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On May 11, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Staci G. Cornelius. A Report and Recommendation was filed on May 11, 2026 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this June 1, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE